# United States District Court
## Southern District of Georgia

Tanya Locke

_____
Plaintiff

Case No.  6:22-cv-00023-JRH-BKE

v.

Love & Support Counseling and Consulting, LLC

_____
Defendant

Appearing on behalf of

Plaintiff

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  13th  day of  April , 2022 .

*[signature: Brian K. Epps]*

UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:  Ricardo J. Prieto

Business Address:  Shellist Lazarz Slobin LLP
Firm/Business Name

11 Greenway Plaza
Street Address

| Suite 1515 | Houston | TX | 77046 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

713-621-2277
Telephone Number (w/ area code)           Georgia Bar Number

Email Address:  rprieto@eeoc.net